CELIA GREENBERG, Respondent, v. JOSEPH J. GLICKMAN et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 882.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

In the Matter of the Accounting of J. WALTER McCLANCY, as Executor of STEPHEN McCLANCY, Deceased. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK et al., Appellants; J. WALTER McCLANCY, as Executor of STEPHEN McCLANCY, Deceased, et al., Respondents.— Motion for reargument denied, without costs. Motion of appellant Morris Plan Industrial Bank of New York for leave to appeal to the Court of Appeals granted. [See *ante*, p. 876.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.